IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD LEACH,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-2870
LT Case Nos. 2012-CF-2541
              2012-CF-2540
              2012-CF-2538
              2013-CF-0006
              2012-CF-2568
              2012-CF-2539
              2012-CF-2567
              2012-CF-2584

Decision filed April 4, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Richard Leach, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and SOUD, JJ., concur.